UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COALITION FOR GREEN CAPITAL,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　　-against-<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　　　*Defendant*. | Civil Action No. 1:25-cv-1964 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Coalition for Green Capital and their counsel hereby give notice that the above-captioned action is voluntarily dismissed WITHOUT PREJUDICE against Defendant Citibank, N.A.

DATED:　　March 12, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　HOLWELL SHUSTER & GOLDBERG LLP


　　　　　　　　　　　　　　　　　　By:　　*/s/ Vincent Levy*
　　　　　　　　　　　　　　　　　　Vincent Levy
　　　　　　　　　　　　　　　　　　Kevin D. Benish
　　　　　　　　　　　　　　　　　　Patrick J. Woods
　　　　　　　　　　　　　　　　　　425 Lexington Avenue, 14th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　(646) 837-5151
　　　　　　　　　　　　　　　　　　vlevy@hsgllp.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*